| | |
|---|---|
| 1 | CAMERON STOUT, CASB NO. 117373 |
|   | GORDON C. YOUNG, CASB NO. 158100 |
| 2 | SCOTT RAHN, CASB NO. 222528 |
|   | KEESAL, YOUNG & LOGAN |
| 3 | A Professional Corporation |
|   | Four Embarcadero Center, Suite 1500 |
| 4 | San Francisco, California 94111 |
|   | Telephone:  (415) 398-6000 |
| 5 | Facsimile:   (415) 981-0136 |
| 6 | Attorneys for Defendants |
|   | TORONTO DOMINION BANK; TD WATERHOUSE CANADA, INC.; TD |
| 7 | WATERHOUSE INVESTMENT ADVICE; and TD CANADA TRUST |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J. ROGER WOOD, TRUSTEE, PRIVAT FAMILIE TREUHAND TRUST, HYDRAUX MANUFACTURING (A Toronto Corporation), and HYDRAUX MANUFACTURING, INC. (a Nevada Corporation), | ) ) ) ) ) ) ) | Case No. C 07-00016 MJJ  **SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| TORONTO DOMINION BANK, TD BANK FINANCIAL GROUP, TD WATERHOUSE, TD WATERHOUSE CANADA, INC., TD WATERHOUSE INVESTMENT ADVICE, TD PRIVATE BANKING CENTER, and TD CANADA TRUST and DOES 1 through 25, inclusive, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | *Assigned to the Honorable Martin J. Jenkins for all purposes* |

 IT IS HEREBY STIPULATED by and between Plaintiffs J. ROGER WOOD, TRUSTEE, PRIVAT FAMILIE TREUHAND TRUST, HYDRAUX MANUFACTURING and HYDRAUX MANUFACTURING, INC. ("Plaintiffs") and Defendants TORONTO DOMINION BANK; TD WATERHOUSE CANADA, INC.; TD WATERHOUSE INVESTMENT ADVICE; and TD CANADA TRUST ("Defendants"), through their respective counsel of record, that Defendants shall have an additional extension to and

- 1 -                                                                              SF449498
SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSIVE
PLEADING - CASE NO. C 07-00016 MJJ

Dockets.Justia.com

including January 22, 2007 in which to answer, move or otherwise respond to Plaintiffs' Complaint on file herein. Nothing contained herein shall be deemed a waiver of either parties' rights.

IT IS SO STIPULATED.

DATED: January 11, 2007

/s/ Cameron Stout
CAMERON STOUT
GORDON C. YOUNG
SCOTT RAHN
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
TORONTO DOMINION BANK; TD WATERHOUSE CANADA, INC.; TD WATERHOUSE INVESTMENT ADVICE; and TD CANADA TRUST

DATED: January 11, 2007

/s/ Marc Haber
ALAN W. SPARER
MARC C. HABER
LAW OFFICES OF ALAN W. SPARER
Attorneys for Plaintiffs
J. ROGER WOOD, TRUSTEE, PRIVAT FAMILIE TREUHAND TRUST, HYDRAUX MANUFACTURING (A TORONTO CORPORATION), AND HYDRAUX MANUFACTURING, INC. (A NEVADA CORPORATION)

## ORDER

This Court, having reviewed this Stipulation of the parties, and good cause appearing therefor, orders that the Defendants shall have an additional extension to and including January 22, 2007 in which to answer, move or otherwise respond to Plaintiffs' Complaint on file herein.

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

- 2 -    SF449498
SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING - CASE NO. C 07-00016 MJJ