1  CAMERON STOUT, CASB NO. 117373
   GORDON C. YOUNG, CASB NO. 158100
2  CARA L. MEREDITH, CASB NO. 173887
   KEESAL, YOUNG & LOGAN
3  A Professional Corporation
   Four Embarcadero Center, Suite 1500
4  San Francisco, California 94111
   Telephone:  (415) 398-6000
5  Facsimile:  (415) 981-0136

6  Attorneys for Defendants
   TORONTO DOMINION BANK; TD WATERHOUSE CANADA, INC.; TD
7  WATERHOUSE INVESTMENT ADVICE; and TD CANADA TRUST

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   J. ROGER WOOD, TRUSTEE, PRIVAT      ) Case No. C 07-00016 MJJ
12 FAMILIE TREUHAND TRUST,             )
   HYDRAUX MANUFACTURING (A            ) STIPULATION AND [PROPOSED]
13 Toronto Corporation), and HYDRAUX   ) ORDER EXTENDING DEFENDANTS'
   MANUFACTURING, INC. (a Nevada       ) TIME TO FILE RESPONSIVE
14 Corporation),                       ) PLEADING TO FIRST AMENDED
                                       ) COMPLAINT
15                       Plaintiffs,   )
                                       )
16        vs.                          )
                                       )
17 TORONTO DOMINION BANK, TD BANK)
   FINANCIAL GROUP, TD                 )
18 WATERHOUSE, TD WATERHOUSE           )
   CANADA, INC., TD WATERHOUSE         )
19 INVESTMENT ADVICE, TD PRIVATE       )
   BANKING CENTER, and TD CANADA       )
20 TRUST and DOES 1 through 25, inclusive,)
                                       )
21                       Defendants.   )
                                       ) *Assigned to the Honorable Martin J.*
22                                     ) *Jenkins for all purposes*
                                       )
23 _____ )

24        WHEREAS, Plaintiffs J. ROGER WOOD, TRUSTEE, PRIVAT FAMILIE

25 TREUHAND TRUST; HYDRAUX MANUFACTURING and HYDRAUX

26 MANUFACTURING, INC. ("Plaintiffs") filed an original Complaint herein;

27        WHEREAS, Defendants TORONTO DOMINION BANK; TD WATERHOUSE

28 CANADA, INC.; TD WATERHOUSE INVESTMENT ADVICE; and TD CANADA

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO FILE
RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT - CASE NO. C 07-00016 MJJ

1  TRUST ("Defendants") in response to the original Complaint informed Plaintiffs' counsel
2  that they would make a Motion to Quash that pleading on the grounds that the Court
3  lacked jurisdiction over Defendants, and prepared such a Motion with supporting
4  evidence for service and filing; and
5      WHEREAS, prior to the Motion's service and filing, Plaintiffs served and filed a
6  First Amended Complaint;
7      IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, through
8  their respective counsel of record, that Defendants shall have an additional extension to
9  and including February 20, 2007 in which to answer, move or otherwise respond to
10 Plaintiffs' First Amended Complaint on file herein.  Nothing contained herein shall be
11 deemed a waiver of any parties' rights.
12     IT IS SO STIPULATED.

DATED: February 8, 2007

_____
CAMERON STOUT
GORDON C. YOUNG
CARA L. MEREDITH
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
TORONTO DOMINION BANK; TD
WATERHOUSE CANADA, INC.; TD
WATERHOUSE INVESTMENT ADVICE;
and TD CANADA TRUST

DATED: February 9, 2007

_____
ALAN W. SPARER
MARC C. HABER
LAW OFFICES OF ALAN W. SPARER
Attorneys for Plaintiffs
J. ROGER WOOD, TRUSTEE, PRIVAT
FAMILIE TREUHAND TRUST, HYDRAUX
MANUFACTURING (A TORONTO
CORPORATION), AND HYDRAUX
MANUFACTURING, INC. (A NEVADA
CORPORATION)

SF450291
STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO FILE
RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT - CASE NO. C 07-00016 MJJ

## ORDER

This Court, having reviewed this Stipulation of the parties, and good cause appearing therefor, orders that the Defendants shall have an extension of same to and including February 20, 2007 in which to answer, move or otherwise respond to Plaintiffs' First Amended Complaint on file herein.



HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED

Judge Martin J. Jenkins