1  CAMERON STOUT, CASB NO. 117373
   GORDON C. YOUNG, CASB NO. 158100
2  CARA L. MEREDITH, CASB NO. 173887
   KEESAL, YOUNG & LOGAN
3  A Professional Corporation
   Four Embarcadero Center, Suite 1500
4  San Francisco, California 94111
   Telephone:   (415) 398-6000
5  Facsimile:   (415) 981-0136

6  Attorneys for Defendants
   TORONTO DOMINION BANK; TD WATERHOUSE CANADA, INC.; TD
7  WATERHOUSE INVESTMENT ADVICE; and TD CANADA TRUST

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 J. ROGER WOOD, TRUSTEE, PRIVAT      ) Case No. C 07-00016 MJJ
   FAMILIE TREUHAND TRUST,             )
13 HYDRAUX MANUFACTURING (A            ) **STIPULATION AND [PROPOSED]**
   Toronto Corporation), and HYDRAUX   ) **ORDER RE TELEPHONIC**
14 MANUFACTURING, INC. (a Nevada       ) **APPEARANCE AT CASE**
   Corporation),                       ) **MANAGEMENT CONFERENCE**
15                                     )
                          Plaintiffs,  ) Date:    **April 10, 2007**
16                                     ) Time:    ~~2:00 P.M.~~ **1:45 PM**
          vs.                          ) Dept:    **Ctrm 11, 19th Floor**
17                                     )
   TORONTO DOMINION BANK, TD BANK      )
18 FINANCIAL GROUP, TD                 ) *Assigned to the Honorable Martin J.*
   WATERHOUSE, TD WATERHOUSE           ) *Jenkins for all purposes*
19 CANADA, INC., TD WATERHOUSE         )
   INVESTMENT ADVICE, TD PRIVATE       )
20 BANKING CENTER, and TD CANADA       )
   TRUST and DOES 1 through 25, inclusive,)
21                                     )
                          Defendants.  )
22                                     )
                                       )
23 _____)

24

25      IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, through

26 their respective counsel of record, that both parties may appear telephonically at the

27 Case Management Conference set in this matter for April 10, 2007 at ~~2:00~~ 1:45 p.m. before

28

- 1 -

SF451793

STIPULATION AND [PROPOSED] ORDER RE TELEPHONIC APPEARANCE AT CASE
MANAGEMENT CONFERENCE - CASE NO. C 07-00016 MJJ

1  the Honorable Martin J. Jenkins.

2      IT IS SO STIPULATED.

3

4  DATED: April 3, 2007                           /s/ Cameron Stout
                                                     CAMERON STOUT
5                                              GORDON C. YOUNG
                                             CARA L. MEREDITH
6                                              KEESAL, YOUNG & LOGAN
                                             Attorneys for Defendants
7                                              TORONTO DOMINION BANK; TD
                                             WATERHOUSE CANADA, INC.; TD
                                             WATERHOUSE INVESTMENT ADVICE;
8                                              and TD CANADA TRUST

9

10 DATED: April 3, 2007                         /s/ Marc C. Haber
11                                              ALAN W. SPARER
12                                              MARC C. HABER
                                             LAW OFFICES OF ALAN W. SPARER
13                                              Attorneys for Plaintiffs
                                             J. ROGER WOOD, TRUSTEE, PRIVAT
14                                              FAMILIE TREUHAND TRUST, HYDRAUX
                                             MANUFACTURING (A TORONTO
15                                              CORPORATION), AND HYDRAUX
                                             MANUFACTURING, INC. (A NEVADA
16                                              CORPORATION)

17

## ORDER

18

19      This Court, having reviewed this Stipulation of the parties, and good cause

20  appearing therefor, orders that the parties' respective counsel may appear telephonically

21  at the Case Management Conference set in this matter for April 10, 2007 at ~~2:00~~ 1:45 p.m.

22

23                                    HONORABLE MARTIN J. JENKINS
24                                    UNITED STATES DISTRICT COURT JUDGE

25

26  [Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Martin J. Jenkins — 04/04/07]

27

28

- 2 -                                                                  SF451793