CAMERON STOUT, CASB NO. 117373
cameron.stout@kyl.com
GORDON C. YOUNG, CASB NO. 158100
gordon.young@kyl.com
CARA L. MEREDITH, CASB NO. 173887
cara.meredith@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile:  (415) 981-0136

Attorneys for Defendants
TORONTO DOMINION BANK; TD WATERHOUSE CANADA, INC.; TD WATERHOUSE INVESTMENT ADVICE; and TD CANADA TRUST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ROGER WOOD, TRUSTEE, PRIVAT FAMILIE TREUHAND TRUST, HYDRAUX MANUFACTURING (A Toronto Corporation), and HYDRAUX MANUFACTURING, INC. (a Nevada Corporation),<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TORONTO DOMINION BANK, TD BANK FINANCIAL GROUP, TD WATERHOUSE, TD WATERHOUSE CANADA, INC., TD WATERHOUSE INVESTMENT ADVICE, TD PRIVATE BANKING CENTER, and TD CANADA TRUST and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | Case No. C 07-00016 MJJ<br><br>**STIPULATION EXTENDING TIME TO FILE ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Discovery Cutoff: October 8, 2007<br>Motion Cutoff:    December 4, 2007<br>Trial Date:       March 17, 2008<br><br>*Assigned to the Honorable Martin J. Jenkins for all purposes* |

IT IS HEREBY STIPULATED by and between Plaintiffs J. ROGER WOOD, TRUSTEE, PRIVAT FAMILIE TREUHAND TRUST, HYDRAUX MANUFACTURING and HYDRAUX MANUFACTURING, INC. ("Plaintiffs") and Defendants TORONTO DOMINION BANK; TD WATERHOUSE CANADA, INC.; TD WATERHOUSE

- 1 -
SF452032
STIPULATION EXTENDING TIME TO FILE ANSWER TO FIRST AMENDED COMPLAINT - Case No. C 07-00016 MJJ

1  INVESTMENT ADVICE; and TD CANADA TRUST ("Defendants"), through their
2  respective counsel of record, that Defendants shall have a ~~four~~ *two*-week extension to
3  and including April 30, 2007 in which to file their Answer to Plaintiffs' First
4  Amended Complaint on file herein. Nothing contained herein shall be deemed a
5  waiver of any parties' rights.

7  IT IS SO STIPULATED.

9  DATED: April 12, 2007
   
   */s/ Cara L. Meredith*
   CAMERON STOUT
   GORDON C. YOUNG
   CARA L. MEREDITH
   KEESAL, YOUNG & LOGAN
   Attorneys for Defendants
   TORONTO DOMINION BANK; TD
   WATERHOUSE CANADA, INC.; TD
   WATERHOUSE INVESTMENT ADVICE;
   and TD CANADA TRUST

16 DATED: April 12, 2007
   
   */s/ Alan W. Sparer*
   ALAN W. SPARER
   MARC C. HABER
   LAW OFFICES OF ALAN W. SPARER
   Attorneys for Plaintiffs
   J. ROGER WOOD, TRUSTEE, PRIVAT
   FAMILIE TREUHAND TRUST, HYDRAUX
   MANUFACTURING (A TORONTO
   CORPORATION), AND HYDRAUX
   MANUFACTURING, INC. (A NEVADA
   CORPORATION)

IT IS SO ORDERED
*/s/ Martin J. Jenkins*
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Dated: 4/16/07

- 2 -

SF452032

STIPULATION EXTENDING TIME TO FILE ANSWER TO FIRST AMENDED COMPLAINT - Case No. C 07-00016 MJJ