1  CAMERON STOUT, CASB NO. 117373
   cameron.stout@kyl.com
2  GORDON C. YOUNG CASB NO. 158100
   gordon.young@kyl.com
3  CARA L. MEREDITH, CASB NO. 173887
   cara.meredith&kyl.com
4  KEESAL, YOUNG & LOGAN
   A Professional Corporation
5  Suite 1500
   Four Embarcadero Center
6  San Francisco, California 94111
   Telephone:   (415) 398-6000
7  Facsimile:    (415) 981-0136

8  Attorneys for Defendants
   TORONTO-DOMINION BANK; TD WATERHOUSE CANADA, INC.; TD
9  WATERHOUSE INVESTMENT ADVICE; and TD CANADA TRUST

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13 | J. ROGER WOOD, TRUSTEE, *PRIVAT*    ) Case No. C 07-00016 MJJ
   | *FAMILIE TREUHAND* TRUST,           )
14 | *HYDRAUX* MANUFACTURING (a          )
   | Toronto Corporation) and *HYDRAUX*  ) **STIPULATION AND [PROPOSED]**
15 | MANUFACTURING, INC. (a Nevada       ) **ORDER EXTENDING DEADLINE TO**
   | Corporation),                       ) **AMEND PLEADINGS AND/OR TO**
16 |                                     ) **JOIN OR DISMISS ADDITIONAL**
                        Plaintiffs,      ) **PARTIES**
17 |                                     )
             vs.                         )
18 |                                     )
   | TORONTO DOMINION BANK, TD BANK      )
19 | FINANCIAL GROUP, TD                 )
   | WATERHOUSE, TD WATERHOUSE           )
20 | CANADA, INC., TD WATERHOUSE         )
   | INVESTMENT ADVICE, TD PRIVATE       )
21 | BANKING CENTER, and TD CANADA       )
   | TRUST and DOES 1 through 25, inclusive,)
22 |                                     )
                        Defendants.      )
23 |                                     )
   | _____)
24

25         IT IS HEREBY STIPULATED by and between Plaintiffs J. ROGER

26 WOOD, TRUSTEE, PRIVAT FAMILIE TREUHAND TRUST, HYDRAUX

27 MANUFACTURING and HYDRAUX MANUFACTURING, INC. ("Plaintiffs") and

28
                                    - 1 -                              SF453053

Defendants TORONTO DOMINION BANK; TD WATERHOUSE CANADA, INC.; TD WATERHOUSE INVESTMENT ADVICE; and TD CANADA TRUST ("Defendants"), through their respective counsel of record, that the deadline to amend pleadings and/or to join or dismiss additional parties shall be extended from its presently scheduled date of May 30, 2007 to a new deadline of July 11, 2007. Nothing contained herein shall be deemed a waiver of any party's rights.

IT IS SO STIPULATED.

DATED: May 22, 2007                    LAW OFFICES OF ALAN W. SPARER

                                       /s/ Alan Sparer
                                       ALAN W. SPARER
                                       MARC HABER
                                       JAMES S. NABWANGU

                                       Attorneys for Plaintiffs
                                       J. ROGER WOOD, TRUSTEE, *PRIVAT FAMILIE TREUHAND* TRUST, *HYDRAUX* MANUFACTURING (a Toronto Corporation) and *HYDRAUX* MANUFACTURING, INC. (A Nevada Corporation)


DATED: May 22, 2007                    KEESAL, YOUNG & LOGAN

                                       /s/ Cara Meredith
                                       CAMERON STOUT
                                       GORDON C. YOUNG
                                       CARA MEREDITH
                                       KEESAL, YOUNG & LOGAN

                                       Attorneys for Defendants TORONTO-DOMINION BANK; TD WATERHOUSE CANADA, INC.; TD WATERHOUSE INVESTMENT ADVICE; and TD CANADA TRUST

1    IT IS SO ORDERED.

2

3
     DATED: _____5/23_____, 2007
4
                                          _____
5                                         Hon. MARTIN J. JENKINS
                                          UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -                                                                                   SF453053

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO AMEND PLEADINGS
AND/OR TO JOIN OR DISMISS PARTIES