| | |
|---|---|
| 1 | CAMERON STOUT, CASB NO. 117373 |
| | cameron.stout@kyl.com |
| 2 | GORDON C. YOUNG CASB NO. 158100 |
| | gordon.young@kyl.com |
| 3 | CARA L. MEREDITH, CASB NO. 173887 |
| | cara.meredith&kyl.com |
| 4 | KEESAL, YOUNG & LOGAN |
| | A Professional Corporation |
| 5 | Suite 1500 |
| | Four Embarcadero Center |
| 6 | San Francisco, California 94111 |
| | Telephone:  (415) 398-6000 |
| 7 | Facsimile:   (415) 981-0136 |
| 8 | Attorneys for Defendants |
| | TORONTO-DOMINION BANK; TD WATERHOUSE CANADA, INC.; TD |
| 9 | WATERHOUSE INVESTMENT ADVICE; and TD CANADA TRUST |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ROGER WOOD, TRUSTEE, *PRIVAT FAMILIE TREUHAND* TRUST, *HYDRAUX* MANUFACTURING (a Toronto Corporation) and *HYDRAUX* MANUFACTURING, INC. (a Nevada Corporation),<br><br>              Plaintiffs,<br><br>     vs.<br><br>TORONTO DOMINION BANK, TD BANK FINANCIAL GROUP, TD WATERHOUSE, TD WATERHOUSE CANADA, INC., TD WATERHOUSE INVESTMENT ADVICE, TD PRIVATE BANKING CENTER, and TD CANADA TRUST and DOES 1 through 25, inclusive,<br><br>              Defendants. | Case No. C 07-00016 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO COMPLETE MEDIATION AND FACT DISCOVERY** |

IT IS HEREBY STIPULATED by and between Plaintiffs J. ROGER WOOD, TRUSTEE, PRIVAT FAMILIE TREUHAND TRUST, HYDRAUX MANUFACTURING and HYDRAUX MANUFACTURING, INC. ("Plaintiffs") and

- 1 -        KYL_SF453935

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO COMPLETE MEDIATION AND FACT DISCOVERY

Defendants TORONTO DOMINION BANK; TD WATERHOUSE CANADA, INC.; TD WATERHOUSE INVESTMENT ADVICE; and TD CANADA TRUST ("Defendants"), through their respective counsel of record, that:

(1) the deadline to complete the mediation in this matter shall be extended from its presently scheduled date of September 14, 2007 to a new deadline of October 12, 2007, and

(2) the deadline to complete fact discovery shall be extended from its presently scheduled date of October 8, 2007 to a new deadline of November 9, 2007.

Nothing contained herein shall be deemed a waiver of any party's rights.

IT IS SO STIPULATED.

DATED:  June 19, 2007          LAW OFFICES OF ALAN W. SPARER

/s/ Alan Sparer
ALAN W. SPARER
MARC HABER
JAMES S. NABWANGU

Attorneys for Plaintiffs
J. ROGER WOOD, TRUSTEE, *PRIVAT FAMILIE TREUHAND* TRUST, *HYDRAUX* MANUFACTURING (a Toronto Corporation) and *HYDRAUX* MANUFACTURING, INC. (A Nevada Corporation)

DATED:  June 19, 2007          KEESAL, YOUNG & LOGAN

/s/ Cara Meredith
CAMERON STOUT
GORDON C. YOUNG
CARA MEREDITH
KEESAL, YOUNG & LOGAN
Attorneys for Defendants TORONTO-DOMINION BANK; TD WATERHOUSE CANADA, INC.; TD WATERHOUSE INVESTMENT ADVICE; and TD CANADA TRUST

1    IT IS SO ORDERED.

2

3
DATED: ____6/20____, 2007
4

5   _____
    Hon. MARTIN J. JENKINS
6   UNITED STATES DISTRICT JUDGE