ALAN W. SPARER (No. 104921)
MARC HABER (No. 192981)
JAMES S. NABWANGU (No. 236601)
LAW OFFICES OF ALAN W. SPARER
100 Pine Street, 33rd Floor
San Francisco, California  94111-5128
Telephone:     415/217-7300
Facsimile:     415/217-7307
asparer@sparerlaw.com
mhaber@sparerlaw.com
jnabwangu@sparerlaw.com

Attorneys for Plaintiffs J. ROGER WOOD, TRUSTEE, PRIVAT FAMILIE TREUHAND; HYDRAUX MANUFACTURING, INC., a Toronto Corporation; and HYDRAUX MANUFACTURING, INC., a Nevada Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J. ROGER WOOD, TRUSTEE, PRIVAT FAMILIE TREUHAND; HYDRAUX MANUFACTURING, INC., a Toronto Corporation; and HYDRAUX MANUFACTURING, INC., a Nevada Corporation,<br><br>                    Plaintiffs,<br>        v.<br><br>TORONTO-DOMINION BANK; TD BANK FINANCIAL GROUP; TD WATERHOUSE; TD WATERHOUSE CANADA, INC.; TD WATERHOUSE INVESTMENT ADVICE; TD PRIVATE BANKING CENTER; TD CANADA TRUST and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No. C 07-0016 MJJ MED<br><br>Action Filed:         October 6, 2006<br><br>STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]  ORDER TO EXTEND DEADLINE FOR ALL PARTIES TO JOIN OR DISMISS ADDITIONAL PARTIES AND/OR TO AMEND PLEADINGS |

1  It is hereby stipulated by and between Plaintiffs and all Defendants by and through their
2 respective counsel that the deadline for all parties to join or dismiss additional parties and/or to
3 amend pleadings shall be extended 30 days from its presently scheduled date of July 11, 2007 to
4 a new deadline of August 10, 2007.
5  Nothing contained herein shall be deemed a waiver of any party's rights.  Concurrence in
6 the filing of this Stipulation has been obtained by the other signatory.
7  IT IS SO STIPULATED.

8 DATED:   July 10, 2007

Respectfully submitted,

LAW OFFICES OF ALAN W. SPARER

By: _____/s/_____
ALAN W. SPARER

Attorneys for Plaintiffs J. ROGER WOOD, TRUSTEE, PRIVAT FAMILIE TREUHAND; HYDRAUX MANUFACTURING, INC., a Toronto Corporation; and HYDRAUX MANUFACTURING, INC., a Nevada Corporation

DATED:   July 10, 2007

Respectfully submitted,

KEESAL, YOUNG & LOGAN

By: _____/s/_____
CAMERON STOUT

Attorneys for Defendants TORONTO-DOMINION BANK; TD WATERHOUSE CANADA, INC.; TD WATERHOUSE INVESTMENT ADVICE; AND TD CANADA TRUST

-1-
STIPULATION TO EXTEND DEADLINE TO JOIN, DISMISS OR AMEND     No. C 07-0016 MJJ MED

1    IT IS SO ORDERED.

2

3   DATED: _____7/13_____, 2007

4

5                                         _____
                                          HON. MARTIN J. JENKINS
6                                         UNITED STATES DISTRICT COURT
                                                      JUDGE
7