1 ALAN W. SPARER (No. 104921)
2 MARC HABER (No. 192981)
   JAMES S. NABWANGU (No. 236601)
3 LAW OFFICES OF ALAN W. SPARER
   100 Pine Street, 33rd Floor
4 San Francisco, California 94111-5128
   Telephone:   415/217-7300
5 Facsimile:   415/217-7307
6 asparer@sparerlaw.com
   mhaber@sparerlaw.com
7 jnabwangu@sparerlaw.com

E-Filing

8 Attorneys for Plaintiffs J. ROGER WOOD,
   TRUSTEE, PRIVAT FAMILIE TREUHAND;
9 HYDRAUX MANUFACTURING, INC., a
   Toronto Corporation; and HYDRAUX
10 MANUFACTURING, INC., a Nevada
11 Corporation

12
13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15                        SAN FRANCISCO DIVISION

16 | J. ROGER WOOD, TRUSTEE, PRIVAT         | Case No. C 07-0016 MJJ MED
   | FAMILIE TREUHAND; HYDRAUX              |
17 | MANUFACTURING, INC., a Toronto         | Action Filed:   October 6, 2006
   | Corporation; and HYDRAUX               |
18 | MANUFACTURING, INC., a Nevada          | STIPULATION TO FILE SECOND
19 | Corporation,                           | AMENDED COMPLAINT

20              Plaintiffs,
          v.
21
22 TORONTO-DOMINION BANK; TD BANK
   FINANCIAL GROUP; TD WATERHOUSE;
23 TD WATERHOUSE CANADA, INC.; TD
   WATERHOUSE INVESTMENT ADVICE;
24 TD PRIVATE BANKING CENTER; TD
   CANADA TRUST and DOES 1 through 25,
25 inclusive,
26              Defendants.
27
28

STIPULATION TO FILE SECOND AMENDED COMPLAINT     No. C 07-0016 MJJ MED

Case 3:07-cv-00016-MJJ   Document 46   Filed 08/10/2007   Page 2 of 2

1  Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiffs and Defendants hereby
2  stipulate, by and through their respective counsel, to the filing of Plaintiffs' Second Amended
3  Complaint, filed concurrently herewith.
4  Nothing contained herein shall be deemed a waiver of any party's rights. Concurrence in
5  the filing of this Stipulation has been obtained by the other signatory.
6  IT IS SO STIPULATED.

7  DATED:  August 10, 2007

Respectfully submitted,

LAW OFFICES OF ALAN W. SPARER


By:_____/s/_____
ALAN W. SPARER

Attorneys for Plaintiffs J. ROGER WOOD, TRUSTEE, PRIVAT FAMILIE TREUHAND; HYDRAUX MANUFACTURING, INC., a Toronto Corporation; and HYDRAUX MANUFACTURING, INC., a Nevada Corporation

18 DATED:  August 10, 2007

Respectfully submitted,

KEESAL, YOUNG & LOGAN

IT IS SO ORDERED

By:_____/s/_____
CAMERON STOUT

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
8/13/07
DATE

Attorneys for Defendants TORONTO-DOMINION BANK; TD WATERHOUSE CANADA, INC.; TD WATERHOUSE INVESTMENT ADVICE; AND TD CANADA TRUST

-1-
STIPULATION TO FILE SECOND AMENDED COMPLAINT   No. C 07-0016 MJJ MED