1  CAMERON STOUT, CASB NO. 117373
   cameron.stout@kyl.com
2  KELLY J. MOYNIHAN, CASB NO. 166431
   kelly.moynihan@kyl.com
3  CARA L. MEREDITH, CASB NO. 173887
   cara.meredith@kyl.com
4  KEESAL, YOUNG & LOGAN
   A Professional Corporation
5  Suite 1500
   Four Embarcadero Center
6  San Francisco, California 94111
   Telephone:   (415) 398-6000
7  Facsimile:   (415) 981-0136

8  Attorneys for Defendants
   THE TORONTO-DOMINION BANK and TD WATERHOUSE CANADA, INC., f/k/a TD
9  WATERHOUSE INVESTMENT SERVICES CANADA, INC.

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12 | J. ROGER WOOD, TRUSTEE, *PRIVAT* ) Case No. C 07-00016 MJJ
   | *FAMILIE TREUHAND* TRUST,        )
13 | *HYDRAUX* MANUFACTURING (a       ) **STIPULATION AND [PROPOSED]**
   | Toronto Corporation) and *HYDRAUX* ) **ORDER EXTENDING REMAINING**
14 | MANUFACTURING, INC. (A Nevada    ) **DEADLINES AND TRIAL DATE**
   | Corporation),                    )
15 |                                  ) Courtroom: 11, 19th Floor
   |                      Plaintiffs, ) (Hon. Martin J. Jenkins)
16 |                                  )
   |        vs.                       ) Current Trial Date:   March 17, 2008
17 |                                  )
   | TORONTO DOMINION BANK; TD        )
18 | WATERHOUSE CANADA, INC., f/k/a TD )
   | WATERHOUSE INVESTOR SERVICES     )
19 | (CANADA), INC.; and DOES 1 through 25,)
   |                                  )
20 |                      Defendants. )
   |                                  ))
21

22
           It is hereby stipulated by and between Plaintiffs J. ROGER WOOD,
23
   TRUSTEE, *PRIVAT FAMILIE TREUHAND* TRUST; *HYDRAUX* MANUFACTURING
24
   and *HYDRAUX* MANUFACTURING, INC. ("Plaintiffs") and Defendants THE
25
   TORONTO-DOMINION BANK and TD WATERHOUSE CANADA, INC., f/k/a TD
26
   WATERHOUSE INVESTMENT SERVICES CANADA, INC. ("Defendants") through
27
   their respective counsel of record, that:
28

(1) the deadline to complete fact discovery shall be extended from its presently scheduled date of November 9, 2007 to December 17, 2007;

(2) the deadline to disclose experts and exchange expert reports, if any, shall be extended from its presently scheduled date of November 19, 2007 to January 28, 2008;

(3) the hearing on dispositive motions shall be rescheduled from its presently scheduled date of January 8, 2008 to March 18, 2008 at 9:30 a.m.;

(4) the deadline to complete expert discovery shall be extended from its presently scheduled date of January 15, 2008 to March 25, 2008;

(5) the date for filing pretrial disclosures shall be rescheduled from its presently scheduled date of February 15, 2008 to April 25, 2008;

(6) the Parties' deadline to list objections to final lists of witnesses pursuant to Rule 26(a)(3) shall be rescheduled from its presently scheduled date of March 3, 2008 to May 12, 2008;

(7) the Pretrial Conference shall be rescheduled from March 4, 2008 to May 13, 2008 at 3:30 p.m.; and

(8) the Trial, set for two weeks, shall be rescheduled from its presently scheduled start date of March 17, 2008 to May 27, 2008 at 8:30 a.m., or to another date convenient for the Court and the parties.  Should the Court select another date, the parties understand that several of the pre-trial dates listed above will also need to be changed to maintain their proximity to the trial date.

Nothing contained herein shall be deemed a waiver of any party's rights.

1     IT IS SO STIPULATED

2

3 DATED: October 11, 2007      LAW OFFICES OF ALAN W. SPARER

4

5      /s/ Alan Sparer
     ALAN W. SPARER
     MARC HABER
6      JAMES S. NABWANGU

7      Attorneys for Plaintiffs
     J. ROGER WOOD, TRUSTEE, *PRIVAT*
8      *FAMILIE TREUHAND* TRUST, *HYDRAUX*
     MANUFACTURING (a Toronto Corporation) and
9      *HYDRAUX* MANUFACTURING, INC. (a Nevada
     Corporation)

10

11 DATED: October 11, 2007      KEESAL, YOUNG & LOGAN

12

13      /s/ Cara Meredith
     CAMERON STOUT
14      KELLY J. MOYNIHAN
     CARA L. MEREDITH
15      KEESAL, YOUNG & LOGAN
     Attorneys for Defendants TORONTO-
16      DOMINION BANK and TD WATERHOUSE
     CANADA, INC. (f/k/a TD WATERHOUSE
17      INVESTMENT SERVICES CANADA, INC.

18

19      ~~IT IS SO ORDERED.~~ READ, CONSIDERED AND DENIED.

20

21

22 DATED: __10/17__, 2007

23      _____
24      J. JENKINS
     UNITED STATES DISTRICT JUDGE

25 *[Stamp: DENIED — Judge Martin J. Jenkins — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

26

27

28

- 3 -      KYL_SF457012

STIPULATION AND [PROPOSED] ORDER TO EXTEND REMAINING DEADLINES AND TRIAL