CAMERON STOUT, CASB NO. 117373
cameron.stout@kyl.com
KELLY J. MOYNIHAN, CASB NO. 166431
kelly.moynihan@kyl.com
CARA L. MEREDITH, CASB NO. 173887
cara.meredith@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Suite 1500
Four Embarcadero Center
San Francisco, California 94111
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendants
THE TORONTO-DOMINION BANK and TD WATERHOUSE CANADA, INC., f/k/a TD WATERHOUSE INVESTMENT SERVICES CANADA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ROGER WOOD, TRUSTEE, *PRIVAT FAMILIE TREUHAND* TRUST, *HYDRAUX* MANUFACTURING (a Toronto Corporation) and *HYDRAUX* MANUFACTURING, INC. (A Nevada Corporation),<br><br>                                   Plaintiffs,<br><br>      vs.<br><br>TORONTO DOMINION BANK; TD WATERHOUSE CANADA, INC., f/k/a TD WATERHOUSE INVESTOR SERVICES (CANADA), INC.; and DOES 1 through 25,<br><br>                                   Defendants. | Case No. C 07-00016 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING NEW DEADLINES**<br><br>Courtroom:  11, 19th Floor<br>(Hon. Martin J. Jenkins)<br><br>Trial Date:    March 17, 2008 |

In accordance with the Court's ruling during the October 30, 2007 conference call with counsel for the parties, it is hereby stipulated by and between Plaintiffs J. ROGER WOOD, TRUSTEE, *PRIVAT FAMILIE TREUHAND* TRUST; *HYDRAUX* MANUFACTURING and *HYDRAUX* MANUFACTURING, INC. ("Plaintiffs") and Defendants THE TORONTO-DOMINION BANK and TD WATERHOUSE CANADA, INC., f/k/a TD WATERHOUSE INVESTMENT SERVICES CANADA, INC. ("Defendants") through their respective counsel of record, that:

1           (1) the deadline to complete fact discovery shall be extended from its presently scheduled date of November 9, 2007 to December 5, 2007;

           (2) the deadline to disclose experts and exchange expert reports, if any, shall be extended from its presently scheduled date of November 19, 2007 to December 21, 2007;

           (3) the hearing on dispositive motions shall be rescheduled from its presently scheduled date of January 8, 2008 to January 29, 2008 at 9:30 a.m.;

           The remaining deadlines and the trial date shall remain unchanged from the Court's previously signed Case Management Order of April 16, 2007.

           Nothing contained herein shall be deemed a waiver of any party's rights.

           IT IS SO STIPULATED

DATED:  November 2, 2007             LAW OFFICES OF ALAN W. SPARER

                                     /s/ Alan Sparer
                                     ALAN W. SPARER
                                     MARC HABER
                                     JAMES S. NABWANGU

                                     Attorneys for Plaintiffs
                                     J. ROGER WOOD, TRUSTEE, *PRIVAT FAMILIE TREUHAND* TRUST, *HYDRAUX* MANUFACTURING (a Toronto Corporation) and *HYDRAUX* MANUFACTURING, INC. (a Nevada Corporation)

1 | DATED: November 2, 2007         KEESAL, YOUNG & LOGAN

/s/ Cara Meredith
CAMERON STOUT
KELLY J. MOYNIHAN
CARA L. MEREDITH
KEESAL, YOUNG & LOGAN
Attorneys for Defendants TORONTO-DOMINION BANK and TD WATERHOUSE CANADA, INC. (f/k/a TD WATERHOUSE INVESTMENT SERVICES CANADA, INC.

IT IS SO ORDERED.

DATED: __11/02__, 2007

_____
Hon. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Martin J. Jenkins]*