ALAN W. SPARER (No. 104921)
MARC HABER (No. 192981)
JAMES S. NABWANGU (No. 236601)
LAW OFFICES OF ALAN W. SPARER
100 Pine Street, 33rd Floor
San Francisco, California  94111-5128
Telephone:     415/217-7300
Facsimile:      415/217-7307
asparer@sparerlaw.com
mhaber@sparerlaw.com
jnabwangu@sparerlaw.com

Attorneys for Plaintiffs
J. ROGER WOOD, TRUSTEE, PRIVAT FAMILIE TREUHAND; HYDRAUX MANUFACTURING, INC., a Toronto Corporation; and HYDRAUX MANUFACTURING, INC., a Nevada Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J. ROGER WOOD, TRUSTEE, PRIVAT FAMILIE TREUHAND; HYDRAUX MANUFACTURING, INC., a Toronto Corporation; and HYDRAUX MANUFACTURING, INC., a Nevada Corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>TORONTO-DOMINION BANK; TD WATERHOUSE CANADA, INC., f/k/a TD WATERHOUSE INVESTOR SERVICES (CANADA), INC.; and DOES 1 through 25, inclusive,<br><br>            Defendants. | No. C 07-0016 MJJ MED<br><br>Action Filed:  October 6, 2006<br><br>STIPULATED REQUEST AND [PROPOSED] ORDER SHORTENING TIME TO HEAR MOTION TO COMPEL PRODUCTION OF TAPE RECORDED CONVERSATIONS<br><br>Date:              December 4, 2007<br>Time:             9:30 a.m.<br>Judge:            Hon. Martin J. Jenkins<br>Courtroom:    11, 19th Floor<br><br>Disc. Cutoff:  December 5, 2007<br>Trial Date:     March 17, 2008<br><br>**DISCOVERY MATTER** |

**STIPULATED REQUEST FOR ORDER SHORTENING TIME**

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs J. ROGER WOOD, TRUSTEE, PRIVAT FAMILIE TREUHAND; HYDRAUX MANUFACTURING, INC., a Toronto Corporation; and HYDRAUX MANUFACTURING, INC., a Nevada Corporation and Defendants TORONTO-DOMINION BANK and TD WATERHOUSE CANADA, INC., f/k/a TD WATERHOUSE INVESTMENT SERVICES CANADA, INC. request that the Court hear Plaintiffs' concurrently filed Motion To Compel Production Of Tape Recorded Conversations on December 4, 2007 at 9:30 a.m., with Defendants to file their opposition on or before November 28, 2007, and Plaintiffs to file a reply, if any, on or before November 30, 2007.

**STIPULATION**

WHEREAS, on November 14, 2007, a discovery dispute arose between the parties relating to Defendants' search for and production of tape recorded telephone conversations of employees of TD Waterhouse's Credit Department;

WHEREAS, under the current scheduling order, fact discovery is required to be completed by December 5, 2007;

WHEREAS, if Defendants were ordered to search for additional tape recorded conversations it would take some time to comply with the order;

NOW THEREFORE, Plaintiffs and Defendants hereby stipulate that (1) Plaintiffs' Motion To Compel Production Of Tape Recorded Conversations will be heard on shortened time on December 4, 2007 at 9:30 a.m.; (2) Defendants will file their opposition on or before November 28, 2007; and (3) Plaintiffs will file a reply, if any, on or before November 30, 2007.

By stipulating to the expedited schedule, Defendants are in no way indicating that they agree with the merits of Plaintiffs' proposed motion, and in fact intend to vigorously oppose it. Nothing contained herein shall be deemed a waiver of any party's rights.

| | |
|---|---|
| DATED: November 21, 2007 | LAW OFFICES OF ALAN W. SPARER |
| | By: /s/ |
| | ALAN W. SPARER |
| | Attorneys for Plaintiffs |

Concurrence in the filing of this document has been obtained by each of the other signatories.

| | |
|---|---|
| DATED: November 21, 2007 | KEESAL, YOUNG & LOGAN |
| | By: /s/ |
| | CARA MEREDITH |
| | Attorneys for Defendants |

### ORDER

This Court, having reviewed this Stipulation of the parties, and good cause appearing therefor, orders that Plaintiffs' Motion To Compel Production of Tape Recorded Conversations will be heard on shortened time on December 4, 2007 at 9:00 a.m. Defendants will file their opposition on or before November 28, 2007, and Plaintiffs will file a reply, if any, on or before November 30, 2007.

IT IS SO ORDERED.

DATED: 11/27, 2007

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

*Judge Martin J. Jenkins*