1   CAMERON STOUT, CASB NO. 117373
    cameron.stout@kyl.com
2   CARA L. MEREDITH, CASB NO. 173887
    cara.meredith@kyl.com
3   KEESAL, YOUNG & LOGAN
    A Professional Corporation
4   Suite 1500
    Four Embarcadero Center
5   San Francisco, California 94111
    Telephone: (415) 398-6000
6   Facsimile: (415) 981-0136

7   Attorneys for Defendants
    THE TORONTO-DOMINION BANK and TD WATERHOUSE CANADA, INC., f/k/a TD
8   WATERHOUSE INVESTMENT SERVICES CANADA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ROGER WOOD, TRUSTEE, *PRIVAT FAMILIE TREUHAND* TRUST, *HYDRAUX* MANUFACTURING (a Toronto Corporation) and *HYDRAUX* MANUFACTURING, INC. (A Nevada Corporation),<br><br>              Plaintiffs,<br><br>vs.<br><br>TORONTO DOMINION BANK; TD WATERHOUSE CANADA, INC., f/k/a TD WATERHOUSE INVESTOR SERVICES (CANADA), INC.; and DOES 1 through 25<br><br>              Defendants. | Case No. C 07-00016 MJJ<br><br>**STIPULATION OF DISMISSAL**<br>  AND ORDER<br><br>**FRCP RULE 41(a)(1)** |

      **IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

| | | |
|---|---|---|
| DATED: February 5, 2008 | | LAW OFFICES OF ALAN W. SPARER |

                /s/ Alan Sparer
              ALAN W. SPARER
              MARC HABER
              Attorneys for Plaintiffs
              J. ROGER WOOD, TRUSTEE, *PRIVAT FAMILIE TREUHAND* TRUST, *HYDRAUX* MANUFACTURING (a Toronto Corporation) and *HYDRAUX* MANUFACTURING, INC. (A Nevada Corporation),

DATED: February 5, 2008          KEESAL, YOUNG & LOGAN

              /s/ Cara L. Meredith
              CAMERON STOUT
              CARA L. MEREDITH
              Attorneys for Defendants
              THE TORONTO-DOMINION BANK and TD WATERHOUSE CANADA, INC., f/k/a TD WATERHOUSE INVESTMENT SERVICES CANADA, INC.



IT IS SO ORDERED
Judge Martin J. Jenkins
2/13/2008
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA